AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

Lisa Lesavoy, as Successor Trustee of
the Trust under agreement dated 11/9/93
f/b/o Stephanie Mennen Petit; as Successor
Trustee of the Trust under agreement dated
11/9/93 f/b/o Craig Mennen Keefer,

                           Plaintiffs,

    vs.

Rufus B. Land,

                           Defendant.

**DEFAULT
JUDGMENT IN A CIVIL CASE**

Case Number: 3:02-1474-JFA

**[X]    Decision by Court.**  This action came to hearing before the Honorable Joseph F. Anderson, Jr., presiding.  The issues having been heard and a decision rendered, the court grants plaintiffs' motion for entry of default against defendant Rufus B. Land.

              **IT IS ORDERED AND ADJUDGED** that the plaintiff, Lisa Lesavoy, as Successor Trustee of the Trust under agreement dated, 11/9/93 shall recover of the defendant, Rufus B. Land on the claim for aiding and abetting breach of trust for the benefit of Stephanie Mennen Petit the sum of Forty-Seven Million, Six Hundred Fifty-Seven Thousand, Four Hundred Fifty and 29/100 ($47,657,450.29) Dollars and for the benefit of Craig Mennen Keefer the sum of One Hundred Thirty-Nine Million, One Hundred Eighty-six Thousand, Nine Hundred Ninety-Seven and 14/100 ($139,186,997.14) Dollars.

                                   LARRY W.  PROPES, Clerk

                                   s/ Mary L. Floyd, Deputy Clerk

August 18, 2005